UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARION WILCOX COMBS, et al.,

Plaintiff(s),

v.

BETHANY HARRELL, et al.,

Defendant(s).

Case No. 2:25-CV-2066 JCM (MDC)

ORDER

Presently before the court is a motion to withdraw notice of appeal filed by Marion Wilcox Combs, as Trustee of 2646 S. Madison Street Trust and Trustee of the Guy St. Clair Combs 2013 Trust ("plaintiffs"). (ECF No. 35). Defendants have not responded.

"Before an appeal has been docketed by the circuit clerk, the district court may dismiss the appeal on the filing of a stipulation signed by all parties or on the appellant's motion with notice to all parties." Fed. R. App. P. 42(a).

The record before the court indicates that the circuit clerk has not yet docketed plaintiffs' notice of appeal. Plaintiffs have filed a motion seeking to voluntarily withdraw their appeal and served said motion on opposing counsel.

Accordingly,

IT IS HEREBY ORDERED, ADJUDED, AND DECREED, that plaintiffs' motion to withdraw their notice of appeal (ECF No. 35) be, and the same hereby is, GRANTED.

DATED May 12, 2026.

_____
UNITED STATES DISTRICT JUDGE